**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-60792-CIV-SMITH**

JASON ABITTAN, on behalf of himself and all
others similarly situated,

      Plaintiff,

v.

KAPLAN NORTH AMERICA,

      Defendant.

_____/

**ORDER OF TRANSFER**

Good cause appearing that a transfer of this action is appropriate pursuant to the Court's

Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to **Case No. 26-60785-CIV-WPD**

being of the same subject matter and arising out of the same circumstances as in **Case No. 26-**

**60792-CIV-RS**, and subject to the consent of Judge William P. Dimitrouleas, it is

      **ORDERED** that the above numbered case is transferred to the calendar of Judge William

P. Dimitrouleas for all further proceedings.

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of March, 2026.

                    _____

                    RODNEY SMITH
                    UNITED STATES DISTRICT JUDGE

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case.   Therefore, it is

**ORDERED** that all pleadings filed after this date shall bear the following case number, **26-60792-CIV-WPD**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:     counsel of record

2